## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

James Martinez

v.  Case Number: 4:24–cv–02937

Defendant 1, et al.

---

## NOTICE OF HEARING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SCHEDULED AS SET FORTH BELOW.**

Motion Hearing set for 3/28/2025 at 10:30 AM before Judge Alfred H Bennett.

**PLACE**
Courtroom 9A
Houston Division
515 Rusk Avenue
Houston, Texas 77002

Date: March 25, 2025

Nathan Ochsner, Clerk, Clerk
s/ 4 LisaREdwards, Deputy Clerk