United States District Court
Southern District of Texas
**ENTERED**
September 29, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JAMES MARTINEZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| VS. | § CIVIL ACTION NO. 4:24-CV-02937 |
| | § |
| DEFENDANT 1, *et al.*, | § |
| | § |
| Defendants. | § |

## ORDER

Before the Court is Plaintiff James Martinez's ("Plaintiff") Motion for Alternative Service on Foreign Defendants Pursuant to Rule 4(f)(3) (the "Motion"). Doc. #15. Having considered Plaintiff's arguments and the applicable legal authorities, the Court grants the Motion in part, without prejudice to Defendants' right to later challenge service or personal jurisdiction. *See Chow v. Defendant 1*, No. 24-CV-480, 2024 WL 3225917, at *1 (E.D. La. Apr. 19, 2024).

Accordingly, Plaintiff is authorized to serve Defendants as follows:

1. Via blockchain transfer of Plaintiff's NFTs to Defendants' crypto wallet addresses (providing Notice, Summons language, and Plaintiff's service website address https://usdccourtservice.com/cv-02937/); and

2. Via website posting by posting a copy of the Summons, Complaint, and all filings in this matter on Plaintiff's service website: https://usdccourtservice.com/cv-02937/.

It is so ORDERED.

SEP 2 9 2025
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge