**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

JAMES MARTINEZ,
      Plaintiff,

v.

      Defendants.
DEFENDANT "1" a/k/a "Tim", et al.

      Defendants.

**CASE NO.:  4:24-cv-02937**

**NOTICE OF FILING PROOF OF SERVICE**

Comes now, Plaintiff in the above- captioned case and hereby files this Notice of Filing Proof of Service providing information about the creation of the Service NFTs, the Service Website and when and how various digital wallets and/or individuals received notice of this action, pursuant to the Honorable Court's Order Granting Motion for Alternative Service, dated September 29, 2025.[1] The Affidavit of Reagan Charleston Thomas Esq. is attached hereto as Exhibit "1".

Respectfully submitted this 11th day of May, 2026.

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas
LA Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
Email: rthomas@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

---

[1] ECF No. 17 [Order Granting Motion for Alternative Service].

*Attorney for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 11th day of May, 2026, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court and served using the CM/ECF system. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-02937/).

<u>*/s/ Reagan Charleston Thomas*</u>
Reagan Charleston Thomas
LA Bar No. 38522
**AYLSTOCK, WITKIN,**
**KREIS & OVERHOLTZ, PLLC**
Email: rthomas@awkolaw.com
17 East Main Street, Suite 200
Pensacola, FL 32502
Phone: (850) 202-1010
Facsimile: (850) 916-7449

*Attorney for Plaintiff*