# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | |
|---|---|
| JAMES MARTINEZ,<br>        Plaintiff,<br><br>v.<br><br>        Defendants.<br>DEFENDANT "1" a/k/a "Tim", et al.<br><br><br>        Defendants. | **CASE NO.:  4:24-cv-02937** |

**AFFIDAVIT OF REAGAN CHARLESTON THOMAS, ESQ.**

I, REAGAN CHARLESTON THOMAS, being of sound mind and over 18 years of age, hereby declare under penalty of perjury the following facts regarding the service of process in the above-captioned case:

1.   I am counsel of record for Plaintiff JAMES MARTINEZ.

2.   On September 29, 2025, the Court entered an order granting Plaintiff's motion for Alternative Service

3.   I directed the creation of a non-fungible token ("Service NFT"). A copy of the Service NFT is attached hereto as Exhibit "A."

4.   The Service NFT contained the notice of this lawsuit and Plaintiff's Complaint, as well as the URL link to Plaintiff's Service Website https://usdccourtservice.com/cv-02937/ which includes all filings in this case.  A copy of Plaintiff's Service Website is attached hereto as Exhibit "B."

5.   The chart below provides a summary of service, including the dates and how service was effectuated. Details on the NFT service is attached hereto as Exhibit "C."

| Wallet No. | Exchange | Wallet Address | Service Date | Service Type |
|---|---|---|---|---|
| 1. | OKX | 0xcb4223517764021d7efc89a15d4a76f1772fe1ce | 10/08/2025 | NTF |

| 2. | OKX | 0x159c68fa345f0526fcda6e6a5fb75287322b9464 | 10/08/2025 | NFT |
|---|---|---|---|---|
| 3. | OKX | 0x98fa5dd385a72e40cd31363724d0d6e34475a2c8 | 10/08/2025 | NFT |
| 4. | OKX | 0xdde6cecaa7ca543ca7a8290ea438e7fa13fd6576 | 10/08/2025 | NFT |
| 5. | Binance | 0x14b87fd0af0a2eb5de75627272ab7af94c96d569 | 10/08/2025 | NFT |
| 6. | Binance | 0xce3a262f2fd78a0e57d631505961b901610f21ff | 10/08/2025 | NFT |
| 7. | Binance | 0xce3a262f2fd78a0e57d631505961b901610f21ff | 10/08/2025 | NFT |
| 8. | Binance | 0x507d6f60745bd5048422342e144470d6d12377ba | 10/08/2025 | NFT |
| 9. | MexC Global | 0xf671343183f9fd8ea1e383f8e6ea89675817ae30 | 10/08/2025 | NFT |
| 10. | HTX | 0x1d517697ed117b61ef656f6017d6ee3feb47be2a | 10/08/2025 | NFT |
| 11. | Gate.io | 0x61f79ddab508014fa19a7aa56e1c4ce795d46e84 | 10/08/2025 | NFT |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Respectfully submitted this 11th day of May, 2026.

*/s/ Reagan Charleston Thomas*
Reagan Charleston Thomas
LA Bar No. 38522
*(admitted pro hac vice)*
AYLSTOCK, WITKIN,
KREIS & OVERHOLTZ, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
rthomas@awkolaw.com
Telephone: 850-202-1010
Fax: 850-916-7449

*Attorneys for Plaintiff*