# EXHIBIT A

James Martinez

v.

DEFENDANT "1" a/k/a "Tim", DEFENDANT "2" a/k/a "Janie Quintero", DEFENDANT "3" a/k/a "Martin", DEFENDANT "4" a/k/a "Christian", and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations.

United States District Court Southern District of Texas (Houston)

Case No. 4:24-cv-02937

### SEE IMPORTANT LEGAL NOTICES BELOW

On April 11, 2024, in the United States District Court for the Northern District of Florida, JAMES MARTINEZ filed a Complaint for Conversion of Stolen Cryptocurrencies. On August 6, 2024, the Honorable T. Kent Wetherell, II, granted Plaintiff's Motion to Transfer Case to the Southern District of Texas.

The filings and orders in this matter are available below.

### NOTICE NO. 1 TO DEFENDANTS

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Conversion of Stolen Cryptocurrencies. To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted. Your response must be in proper form and have proof of service on the Plaintiffs' attorney:

Daniel J. Thornburgh

Aylstock, Witkin, Kreis and Overholtz, PLLC

17 East Main Street, Suite 200

Pensacola, Florida 32502

| | |
|---|---|
| Complaint – 04/11/2024 | VIEW (PDF) |
| Exhibit A to Complaint – 04/11/2024 | VIEW (PDF) |
| Civil Cover Sheet – 04/11/2024 | VIEW (PDF) |
| Request for Summons (Def 1) – 04/11/2024 | VIEW (PDF) |
| Request for Summons (Def 2) – 04/11/2024 | VIEW (PDF) |
| Request for Summons (Def 2) – 04/11/2024 | VIEW (PDF) |
| Request for Summons (Def 3) – 04/11/2024 | VIEW (PDF) |
| Request for Summons (Def 4) – 04/11/2024 | VIEW (PDF) |
| Request for Summons (John Does) – 04/11/2024 | VIEW (PDF) |
| Summons Issued (Def 1) – 04/12/2024 | VIEW (PDF) |
| Summons Issued (Def 2) – 04/12/2024 | VIEW (PDF) |
| Summons Issued (Def 3) – 04/12/2024 | VIEW (PDF) |

| | |
|---|---|
| Summons Issued (Def 4) – 04/12/2024 | VIEW (PDF) |
| Summons Issued (John Does) – 04/12/2024 | VIEW (PDF) |
| Order to Show Cause – 07/29/2024 | VIEW (PDF) |
| Response to Order to Show Cause – 08/05/2024 | VIEW (PDF) |
| Motion to Transfer – 08/05/2024 | VIEW (PDF) |
| Proposed Order Granting Motion to Transfer – 08/05/2024 | VIEW (PDF) |
| Order re Order to Show Cause – 08/06/2024 | VIEW (PDF) |
| Order Granting Motion to Transfer – 08/06/2024 | VIEW (PDF) |
| Clerk's Notice Regarding Consent to Jurisdiction of a Magistrate Judge – 08/07/2024 | VIEW (PDF) |
| Case Transferred in from Florida Northern – 8/07/2024 | VIEW (PDF) |
| Notice of Appearance (Hoda) – 09/24/2024 | VIEW (PDF) |

| | |
|---|---|
| MFED & Leave to Serve 3rd Party Subs – 12/05/2024 | VIEW (PDF) |
| Exhibit A to MFED – 12/05/2024 | VIEW (PDF) |
| Exhibit B to MFED – 12/05/2024 | VIEW (PDF) |
| Exhibit C to MFED – 12/05/2024 | VIEW (PDF) |
| PO Granting MFED & Leave to Serve 3rd Party Subs – 12/05/2024 | VIEW (PDF) |
| PHV Motion – 12/11/2024 | VIEW (PDF) |
| Order on PHV Motion – 1/13/2025 | VIEW (PDF) |
| MFAS – 2/11/2025 | VIEW (PDF) |
| Exhibit 1 (Thomas Decl.) – 2/11/2025 | VIEW (PDF) |
| PO Granting MFAS – 2/11/2025 | VIEW (PDF) |
| Ntc of Mtn Hearing set for 3-28-2025 at 1030am – 3/25/2025 | VIEW (PDF) |

Order Granting MFAS – 9/29/2025    VIEW (PDF)

Order Granting in Part MFED – 9/29/2025    VIEW (PDF)