# EXHIBIT B

**James Martinez**

**v.**

**DEFENDANT "1" a/k/a "Tim", DEFENDANT "2" a/k/a "Janie Quintero", DEFENDANT "3" a/k/a "Martin", DEFENDANT "4" a/k/a "Christian", and JOHN DOES 1-20, as yet unidentified Individuals, Business Entities and/or Unincorporated Associations.**

United States District Court Southern District of Texas (Houston)

Case No. 4:24-cv-02937

<span style="color:red">**SEE IMPORTANT LEGAL NOTICES BELOW**</span>

On April 11, 2024, in the United States District Court for the Northern District of Florida, JAMES MARTINEZ filed a Complaint for Conversion of Stolen Cryptocurrencies. On August 6, 2024, the Honorable T. Kent Wetherell, II, granted Plaintiff's Motion to Transfer Case to the Southern District of Texas.

The filings and orders in this matter are available below:

https://usdccourtservice.com/cv-02937/

<span style="color:red">**NOTICE NO. 1 TO DEFENDANTS**</span>

If you fail to respond to this Complaint, judgment by default will be entered against you for the relief demanded in the Complaint for Conversion of Stolen Cryptocurrencies.
To prevent this from happening, you must file a response with the court clerk or administrator within 21 days from the date this message was posted.  Your response must be in proper form and have proof of service on the Plaintiffs' attorney:

Reagan Charleston Thomas
Aylstock, Witkin, Kreis and Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, Florida 32502

Marshal Hoda
3120 Southwest Fwy
Ste 101 PMB 51811
Houston, TX  77098