# EXHIBIT C

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF TEXAS**

**HOUSTON DIVISION**

| | |
|---|---|
| JAMES MARTINEZ,<br><br>    Plaintiff,<br><br>v.<br><br>    Defendants.<br><br>DEFENDANT "1" a/k/a "Tim", et al.<br><br>    Defendants. | **CASE NO.:  4:24-cv-02937** |

**NFT SERVICE**

| Exchange | Wallet Address | Proof of Service | Date of Service |
|---|---|---|---|
| OKX | 0xcb4223517764021d7ef c89a15d4a76f1772fe1ce | https://etherscan.io/tx/0xc57905ad2860 9743d7c1b18098ab375b3a84b521a004 9101d53c2fd1d53bdf05 | 10/08/2025 |
| OKX | 0x159c68fa345f0526fcda 6e6a5fb75287322b9464 | https://etherscan.io/tx/0x52be894f3ebf8 905d73e7e5346ae24b6954aa5c9a7cb7 beb3cd71854ff73997a | 10/08/2025 |
| OKX | 0x98fa5dd385a72e40cd3 1363724d0d6e34475a2c8 | https://etherscan.io/tx/0x440eed8a18fb 8a14cf99ea9229aa15858db2420afa606 ef5cbf7149122bda085 | 10/08/2025 |
| OKX | 0xdde6cecaa7ca543ca7a 8290ea438e7fa13fd6576 | https://etherscan.io/tx/0xc016d96fe609 b433e705ef64bc1bfa2eb22730914a628 396c30e049eeb41276c | 10/08/2025 |
| Binance | 0x14b87fd0af0a2eb5de7 5627272ab7af94c96d569 | https://etherscan.io/tx/0x18f41fca0d328 82d0deb1be2b6299bad5f9f8f2a642c07 fa938e1770faed3906 | 10/08/2025 |
| Binance | 0xce3a262f2fd78a0e57d 631505961b901610f21ff | https://etherscan.io/tx/0x8682805b8cb4 36527658588125b62e718939af264913 349644ec94b5617c53c1 | 10/08/2025 |
| Binance | 0x95885712657c77045a d8bd79b6b23d613dc448 19 | https://etherscan.io/tx/0xef22ae540155 bb0f5674e3d8497f8eb2518cc07ba382c 1f6be652ad633e29b44 | 10/08/2025 |

| Binance | 0x507d6f60745bd504842 2342e144470d6d12377b a | https://etherscan.io/tx/0x53c06ec1fc50a d097c17789e98cc7ef76e65e9168248ed 767cae59d40b19ebda | 10/08/2025 |
|---------|---------|---------|---------|
| MexC | 0xf671343183f9fd8ea1e3 83f8e6ea89675817ae30 | https://etherscan.io/tx/0xbded7e56f8bb a30962dff6fc4d028198e6ba2f8c1aebf3 839334aa94bc93388e | 10/08/2025 |
| HTX | 0x1d517697ed117b61ef6 56f6017d6ee3feb47be2a | https://etherscan.io/tx/0x3d09cc6fb3af6 cbc3b0ef6a3fda63c0ff1b0923d1b739c6 631e57d8a4499c16d | 10/08/2025 |
| Gate.io | 0x61f79ddab508014fa19 a7aa56e1c4ce795d46e84 | https://etherscan.io/tx/0xb528489457bc 01a3cd9d5a26a225d90909e80e9219efe 3782c6b9c17c724037d | 10/08/2025 |