**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.:  4:24-cv-02937 |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| DEFENDANT "1" a/k/a "Tim", et al. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiff, JAMES MARTINEZ ("Plaintiff"), pursuant to Federal Rule of Civil Procedure 55(a), respectfully moves for entry of Clerk's Default against Defendant "1" a/k/a "Tim", Defendant "2" a/k/a "Janie Quintero", Defendant "3" a/k/a "Martin", Defendant "4" a/k/a "Christian", and John Doe Defendants 1–20 ("Defendants"). In support, Plaintiff states as follows:

**I. FACTUAL BACKGROUND**

1. On April 11, 2024, Plaintiff filed his Complaint for Conversion of Stolen Cryptocurrencies.[1]

2. On October 8, 2025, the Defendants were served with Summons and Complaint by Non-Fungible Tokens (NFTs) and via website posting pursuant to Court's September 29, 2025, Order granting the Motion for Alternative Service of Process on Foreign Defendants under Fed. R. Civ. P. 4(f)(3).[2]

3. The time allowed for Defendants to respond to the Complaint has expired.

---

[1] ECF No. 1 [Complaint for Conversion of Stolen Cryptocurrencies].
[2] ECF. No 19; Exhibit "1" [Thomas Decl.] at ¶¶ 2-4

1

4. Neither the Plaintiff nor the Court has granted Defendants an extension of time to respond to the Complaint. Defendants have failed to appear or otherwise file a responsive pleading.

5. Plaintiff is informed and believes the Defendants are not infants or incompetent persons.[3]

6. Plaintiff is informed and believes that the Service Members Civil Relief Act does not apply.[4]

WHEREFORE, Plaintiff, James Martinez, requests that the Clerk enter default against DEFENDANTS.

Respectfully submitted this 12th day of May 2026.

By: */s/ Reagan C. Thomas*
Reagan Charleston Thomas
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*Counsel for Plaintiff, James Martinez*

**CERTIFICATE OF SERVICE**

---

[3] Exhibit "1" [Thomas Decl.] at ¶ 8
[4] *Id*. at ¶ 9

3

I, Reagan C. Thomas , hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 12, 2026.  Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-02937/).


Respectfully submitted,


*/s/ Reagan C. Thomas*
Reagan Charleston Thomas
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com


*Counsel for Plaintiff, James Martinez*

3