**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.:  4:24-cv-02937 |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| DEFENDANT "1" a/k/a "Tim", et al. | § | |
| | § | |
| Defendants. | § | |

## DECLARATION OF REAGAN C. THOMAS IN SUPPORT OF PLAINTIFF'S MOTION FOR CLERK'S ENTRY OF DEFAULT

I, Reagan Charleston Thomas, Esq., pursuant to 28 U.S.C. § 1746, declare under penalty of perjury as follows:

1.  I am an attorney for Plaintiff, James Martinez, in this action. I am over the age of  18 and competent to make this declaration.

2.  On April 11, 2024, Plaintiff filed his Complaint for Conversion of Stolen Cryptocurrencies, Unjust Enrichment, Imposition of Constructive Trust, and Conspiracy.[1]

3.  This action arises from the theft of 168,271.54654 Tether (USDT) from Plaintiff, which has a market value of approximately $168,271.55.

4.  The Court entered an Order Authorizing Alternate Service of Process on Foreign Defendants on September 29, 2025, pursuant to Federal Rule of Civil Procedure 4(f)(3).[2]

---

[1] ECF No. 1 [Complaint]
[2] ECF No. 17 [Order Authorizing Alternate Service of Process on Foreign Defendants]

1

5.    On October 8, 2025, the Defendants were served with the Summons and Complaint in accordance with this Honorable Court's Order.[3]

6.    More than 21 days have passed since service was completed. Defendants have not Filed an answer, motion, or any responsive pleading.

7.    No extension of time to respond has been requested by Defendants or granted by the Court.

8.    Based on my investigation, I am informed and believe that Defendants are not infants or incompetent persons.

9.    I am further informed and believe that the Servicemembers Civil Relief Act does not apply to Defendants.

10. This declaration is submitted in support of Plaintiff's request for entry of Clerk's default under Federal Rule of Civil Procedure 55(a).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 12th day of May, 2026.

By: */s/ Reagan C. Thomas*

Reagan Charleston Thomas
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*Counsel for Plaintiff, James Martinez*

---

[3] ECF No. 19 [Notice of Filing Proof of Service]