**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.:  4:24-cv-02937 |
| | § | |
| vs. | § | |
| | § | |
| DEFENDANT "1" a/k/a "Tim", et al. | § | |
| | § | |
| Defendants. | § | |

**[PROPOSED] ORDER FOR ENTRY OF CLERK'S DEFAULT**

**CONSIDERING** the Motion for Entry of Default (ECF No. 20) filed by Plaintiff,

**IT IS HEREBY ORDERED** that the Plaintiff's Motion is GRANTED.

**IT IS FURTHER ORDERED** that preliminary default be  entered against DEFENDANT "1" a/k/a "Tim", DEFENDANT "2" a/k/a "Janie Quintero", DEFENDANT "3" a/k/a "Martin", DEFENDANT "4" a/k/a "Christian", and JOHN DOES 1-20 are owners of the following cryptocurrency deposits wallets where Plaintiff's stolen assets were transferred:

**OKX:**

0xcb4223517764021d7efc89a15d4a76f1772fe1ce

0x159c68fa345f0526fcda6e6a5fb75287322b9464

0x98fa5dd385a72e40cd31363724d0d6e34475a2c8

0xdde6cecaa7ca543ca7a8290ea438e7fa13fd6576

**Binance:**

0x14b87fd0af0a2eb5de75627272ab7af94c96d569

0xce3a262f2fd78a0e57d631505961b901610f21ff

0x95885712657c77045ad8bd79b6b23d613dc44819

1

2

0x507d6f60745bd5048422342e144470d6d12377ba

**MexC:**

0xf671343183f9fd8ea1e383f8e6ea89675817ae30

**HTX:**

0x1d517697ed117b61ef656f6017d6ee3feb47be2a

**Gate.io:**

0x61f79ddab508014fa19a7aa56e1c4ce795d46e84

Under Fed. R. Civ. P. 55(a) due to their failure to appear, plead, or otherwise defend.

Signed this _____ day of _____, 2026.

_____
CLERK   OF   COURT   /   UNITED   STATES
DISTRICT JUDGE