**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.:  4:24-cv-02937 |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| DEFENDANT "1" a/k/a "Tim", et al. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S NOTICE OF SETTLEMENT NEGOTIATIONS AND REQUEST FOR STAY PENDING THE OUTCOME OF SETTLEMENT NEGOTIATIONS**

COMES NOW Plaintiff, by and through the undersigned, and pursuant to the Court's requirements, hereby respectfully notifies the Court that Plaintiff is engaged in productive and ongoing settlement discussions that may potentially resolve this matter. Accordingly, Plaintiff respectfully requests that the court enter a stay until June 22, 2026, in this matter. In support, Plaintiff states:

1.  Plaintiff is a Claimant in a parallel action initiated by the *Government in United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907, pending in the United States District Court for the District of Columbia. In this action, seven cryptocurrency wallets were seized by the Government which contain more than $225 Million worth of cryptocurrency.[1]

2.  Plaintiff is one of 265 individual claimants in the civil-forfeiture action.

---

[1] Attached herein as Exhibit 1.

1

3.  There are productive and ongoing settlement discussions between the United States, individual claimants, and Infiniweb, with the goal of reaching a global resolution of the civil-forfeiture actions.

4.  Although a final resolution has not yet been reached, substantial progress has been made.

5.  Additional time is necessary as the ongoing settlement discussions continue.

6.  On February 21, 2026, and March 16, 2026, the Court in the *In Rem* action entered stays to facilitate settlement negotiations.

7.  On April 23, 2026, Plaintiff filed an Agreed Motion to Continue in the *In Rem*, allowing Infiniweb until July 28, 2026, to respond to the Complaint. (Dkt. No. 52).

8.  On April 30, 2026, the Court in the *In Rem* action entered an additional stay to allow settlement negotiations to continue.

9.  A global resolution would likely render further proceedings in this case unnecessary and conserve the resources of both party and this Court.

WHEREFORE, in light of the ongoing settlement negotiations, Plaintiff respectively requests the Court grant a stay until July 28, 2026, to allow Plaintiff to focus on resolving this forfeiture-related matter.

Respectfully submitted this 1st  day of June 2026.

By: */s/ Reagan C. Thomas*
Reagan Charleston Thomas
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

2

*Counsel for Plaintiff, James Martinez*

**CERTIFICATE OF SERVICE**

I, Reagan C. Thomas , hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on June 1, 2026.  Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-02937/).

Respectfully submitted,

*/s/ Reagan C. Thomas*
Reagan Charleston Thomas
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*Counsel for Plaintiff, James Martinez*