United States District Court
Southern District of Texas
**ENTERED**
June 03, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02937 |
| | § | |
| DEFENDANT 1, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Motion to Stay Case Pending the Outcome of Settlement Negotiations (the "Motion"). Doc. #21. Plaintiff is a claimant in a parallel action pending in the United States District Court for the District of Columbia involving seven seized cryptocurrency wallets. *Id.* at 1. Plaintiff represents that the parties in the parallel action are engaged in ongoing settlement discussions that may render further proceedings in this case unnecessary. *Id.* at 2.

The Court finds good cause to GRANT the Motion. Doc. #21. Accordingly, this case is hereby STAYED until July 28, 2026, pending further order of the Court. Plaintiff is DIRECTED to file a status report by July 28, 2026, indicating whether an extension of the stay is necessary or whether this case has been resolved.

It is so ORDERED.

JUN 0 2 2026
_____
Date

_____
The Honorable Alfred H. Bennett
United States District Judge