**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.:  4:24-cv-02937 |
| | § | |
| vs. | § | |
| | § | |
| | § | |
| DEFENDANT "1" a/k/a "Tim", et al. | § | |
| | § | |
| Defendants. | § | |

### PLAINTIFF'S STATUS REPORT AND REQUEST FOR EXTENSION OF STAY

COMES NOW Plaintiff, by and through the undersigned, and pursuant to the Court's requirements, hereby submits this Status Report and respectfully requests an additional thirty (30) day extension of the stay previously entered by this Court. In support thereof, Plaintiff states:

1. As previously disclosed, Plaintiff is part of an ongoing, parallel civil forfeiture action in *United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907, pending in the United States District Court for the District of Columbia.  (*See* D.E.s. 18 and 22 at 3-4).

2. Plaintiff is one of 265 individual claimants in the civil-forfeiture action.

3. Productive and ongoing settlement discussions continue between the United States and individual claimants, including the owner of the seized defendant property.

4. On June 2, 2026, this Court entered an Order granting Plaintiff's Motion to Stay these proceedings. [ECF No. 23]

5. Since the entry of the stay, the parties and interested entities have continued to engage in discussions and negotiations that may materially affect the claims and issues presented in this action.

1

6.     Although a final resolution has not yet been reached, substantial progress has been made.

7.     Additional time is necessary as the ongoing settlement discussions continue.

8.     On February 21, 2026, and March 16, 2026, the Court in the *In Rem* action entered stays to facilitate settlement negotiations.

9.     On April 23, 2026, Plaintiff filed an Agreed Motion to Continue in the *In Rem*, allowing Infiniweb until June 22, 2026, to respond to the Complaint. [ECF. No. 52]

10.    On June 10, 2026, the Court in the *In Rem* action extended the time by which the parties were to file a joint status report and ordered the parties to file the joint status report by June 12, 2026.

11.    On June 12, 2026, the parties filed the requested joint status report notifying the Court in the *In Rem* action that the parties had made progress in the settlement discussions and requested a settlement conference to assist the parties in resolving any outstanding issues to bring the matter to a conclusion.

12.    A hearing in the *In Rem* action was held on July 23, 2026 where the Court in that matter encouraged all parties to continue negotiations in good faith.

13.    However, it is unlikely that Plaintiff will be able to fully recover his stolen assets through this *In Rem* action alone. Plaintiff intends to amend the Complaint in this action to add one or more defendants implicated in perpetrating the scam and facilitating the laundering of assets stolen from American citizens, including Plaintiff's stolen cryptocurrency. In an effort to conserve judicial resources, avoid potentially unnecessary amendments, and maintain the parties' ongoing good-faith settlement discussions, Plaintiff wishes to not file its amended pleading while negotiations remain pending. Should additional time be granted and the parties be unable to

2

reach a resolution, Plaintiff anticipates filing an amended complaint naming additional defendants who have been implicated in the fraudulent scheme and the laundering of Plaintiff's stolen cryptocurrency.

WHEREFORE, in light of the ongoing settlement negotiations, Plaintiff respectively requests the Court grant a stay until August 27, 2026, to allow Plaintiff to focus on resolving this forfeiture-related matter.

Respectfully submitted this 28th day of July 2026.

By: */s/ Reagan C. Thomas*
Reagan C. Thomas
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

-And –

By: */s/ Pauls Toma*
Pauls Toma (*Pro Hac Vice*)
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
ptoma@awkolaw.com

*Counsel for Plaintiff, James Martinez*

3

## CERTIFICATE OF SERVICE

I, Reagan C. Thomas , hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on July 28, 2026.  Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-02937/).

Respectfully submitted,

By: */s/ Reagan C. Thomas*
Reagan C. Thomas
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

-And –

By: */s/ Pauls Toma*
Pauls Toma (*Pro Hac Vice*)
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
ptoma@awkolaw.com

*Counsel for Plaintiff, James Martinez*