United States District Court
Southern District of Texas

**ENTERED**

July 31, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:24-CV-02937 |
| | § | |
| DEFENDANT 1, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

Before the Court is Plaintiff's Status Report and Request for Extension of Stay (the "Motion"). Doc. #24. The Court finds good cause to GRANT the Motion. Doc. #24. Accordingly, this case is hereby STAYED until August 27, 2026, pending further order of the Court. Plaintiff is DIRECTED to file a status report by August 27, 2026, indicating whether an extension of the stay is necessary or whether this case has been resolved.

It is so ORDERED.

JUL 3 0 2026

Date

The Honorable Alfred H. Bennett
United States District Judge