**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.: 4:24-cv-02937 |
| | § | |
| vs. | § | |
| | § | |
| DEFENDANT "1" a/k/a "Tim", et al. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF'S STATUS REPORT AND REQUEST FOR EXTENSION OF STAY**

COMES NOW Plaintiff, by and through the undersigned, and pursuant to the Court's requirements, hereby submits this Status Report and respectfully requests an additional sixty (60) day extension of the stay previously entered by this Court. In support thereof, Plaintiff states:

1. As we previously reported, the undersigned submitted a Petition for Remission on behalf of Plaintiff in a parallel action *United States of America v. Approximately 225,364,961 USDT*, Civil Action No. 25-cv-1907. We are happy to report that Plaintiff's counsel recently reached a *settlement in principle* with the Government and other claimants regarding a proposed settlement framework and are continuing to work cooperatively toward finalizing the terms of the settlement.

2. Several steps remain before the settlement can become legally effective, including obtaining required governmental approvals, implementation of a claims review process to determine eligibility and claim validity, and execution of definitive settlement documents.

3. Unfortunately, it is too early to determine the amount Plaintiff may recover through the forfeiture action because his Petition for Remission must be independently reviewed by the Government or its third-party claims administrator.

4. Moreover, Plaintiff is one of 265 individual claimants in the civil-forfeiture action. Because the combined losses suffered by the victims who have appeared in the forfeiture action exceed the total amount of forfeited funds available for distribution, Plaintiff is unlikely to be made whole through this settlement alone.

5. Plaintiff has recently identified an additional party who may bear liability, in whole or in part, for Plaintiff's losses. Plaintiff is currently engaged in settlement discussions with this additional party, and undersigned counsel is optimistic that those negotiations may result in a resolution in the near future. Plaintiff will promptly advise the Court should a settlement be reached.

6. Finally, Plaintiff is also a Claimant in a second forfeiture *in rem* action pending in the Southern District of Michigan, *United States of America v. Various cryptocurrency seized from Binance user id 61886539 in the name of [Person A]*, Civil No. 25-cv-12945. The undersigned is currently engaged in settlement discussions with the government in that matter as well.

7. Additional time is necessary to allow the parties to complete the remaining steps and to determine the extent to which the settlement and resulting claims process may resolve or affect Plaintiff's claims in this action.

WHEREFORE, in light of the settlement in principle and the remaining steps necessary to finalize and implement the settlement, Plaintiff respectfully requests that the Court extend the stay until October 26, 2026.

Respectfully submitted this 27th day of August 2026.

By: /s/ Pauls Toma
Pauls Toma (*Pro Hac Vice*)
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
ptoma@awkolaw.com

*Counsel for Plaintiff, James Martinez*

**CERTIFICATE OF SERVICE**

I, Pauls Toma, hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 27, 2026. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-02937/).

Respectfully submitted,

By: */s/ Pauls Toma*

Pauls Toma (*Pro Hac Vice*)
Aylstock, Witkin, Kreis & Overholtz, PLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
ptoma@awkolaw.com

*Counsel for Plaintiff, James Martinez*