**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| JAMES MARTINEZ, | § | |
| | § | |
| Plaintiff, | § | CIVIL ACTION NO.: 4:24-cv-02937 |
| | § | |
| vs. | § | |
| | § | |
| DEFENDANT “1” a/k/a “Tim”, et al. | § | |
| | § | |
| Defendants. | § | |

**PLAINTIFF’S STATUS REPORT AND REQUEST FOR EXTENSION OF STAY**

COMES NOW Plaintiff, by and through the undersigned counsel, and respectfully submits this Status Report and requests, for good cause shown, an additional ninety-day (90) extension of the stay previously entered by the Court on August 28, 2026, staying proceedings through October 26, 2026 (D.E. 27). In support, Plaintiff states as follows:

As previously reported, Plaintiff is a claimant in the parallel forfeiture action, United States of America v. Approximately 225,364,961 USDT, Civil Action No. 25-cv-1907 (the “*In Rem* Action”), pending in the United States District Court for the District of Columbia. The parties in the *In Rem* Action previously reached an agreement in principle to resolve that matter and have continued working toward completion of the settlement process.

Since entry of this Court’s Order staying proceedings through October 26, 2026 (D.E. 27), the parties in the *In Rem* Action have filed updated status reports advising the court that they remain engaged in the settlement approval process. Specifically, the parties are awaiting final review and approval by the Office of the Deputy Attorney General (“ODAG”). Following ODAG’s approval, the parties anticipate executing definitive settlement documents, after which

the Department of Justice is expected to communicate procedures governing the review of claims and any associated distributions. The parties remain actively engaged in those efforts, and Plaintiff will promptly advise this Court of any material developments.

Plaintiff respectfully submits that good cause exists to continue the stay. The settlement process in the parallel *In Rem* Action remains ongoing and is presently awaiting final review and approval. Additional time is therefore necessary to confirm that the settlement process will be approved. Continuing the stay will conserve judicial and party resources while those proceedings progress toward potential resolution.

As indicated in Plaintiff's prior Status Report (D.E. 26), Plaintiff has been engaged in negotiations with an identified party that Plaintiff alleges bears responsibility, in whole or in part, for Plaintiff's losses. Plaintiff has reached a settlement in principle with this party, but the settlement is contingent on the approval of the *In Rem* settlement. The Plaintiff will immediately notify the Court as soon as ODAG reaches its determination on the In Rem action.

In addition, Plaintiff has recently identified an additional party who may also bear liability, in whole or in part, for Plaintiff's losses. Plaintiff believes that the second newly identified party operated a scam center in the Philippines and likely employed the Doe Defendants named in this action to perpetrate the underlying fraud and launder Plaintiff's stolen assets through blockchain transactions. Should Plaintiff be unable to fully resolve his claims through settlement and related forfeiture proceedings, Plaintiff may seek leave to file an Amended Complaint to add this newly identified party as a defendant and dismiss the currently named Doe Defendants, whose identities remain unknown.

Finally, as indicated in Plaintiff's prior Status Reports, Plaintiff is also a claimant in a second civil forfeiture action pending in the United States District Court for the Eastern District

of Michigan[1]: *United States of America v. Various Cryptocurrency Seized from Binance User ID 61886539 in the Name of [Person A]*, Civil Action No. 25-cv-12945. For the last several months, Plaintiff's counsel has been engaged in negotiating a resolution in this separate matter with the Government. While a settlement has not been reached, significant progress has been made.

Plaintiff respectfully submits that no party will be prejudiced by the requested extension. Rather, continuing the stay will permit Plaintiff to pursue avenues that may substantially narrow or resolve the issues presented in this action before the parties and the Court incur additional litigation expense.

Plaintiff has previously sought three stays in this matter by motions filed at D.E. 21, D.E. 24, and D.E. 26. This Court granted those requests on June 4, 2026, July 20, 2026, and August 28, 2026, respectively. (D.E. 23, D.E. 25, D.E. 27.)

Respectfully submitted this 23rd day of October, 2026.

By: */s/ Reagan C. Thomas*
Reagan Charleston Thomas
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*Counsel for Plaintiff, James Martinez*

[1] Plaintiff's prior Status Report incorrectly identified that action as pending in the Southern District of Michigan.

**CERTIFICATE OF SERVICE**

I, Reagan C. Thomas , hereby certify that the foregoing document, filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 23, 2026. Additionally, a true and correct copy was uploaded to the Plaintiff's Service Website (https://usdccourtservice.com/cv-02937/).

Respectfully submitted,

*/s/ Reagan C. Thomas*
Reagan Charleston Thomas
Aylstock, Witkin, Kreis & Overholtz, PLLC
17 East Main Street, Suite 200
Pensacola, FL 32502
Telephone: 850-202-1010
Fax: 850-916-7449
rthomas@awkolaw.com

*Counsel for Plaintiff, James Martinez*